IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOLOMON PERCY TEMPLE,

        Petitioner,                    No.  2:12-cv-1223 KJN P

     vs.

G.D. LEWIS,                         ORDER AND

        Respondent.            FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        In considering whether to dismiss an action as frivolous pursuant to § 1915(d), the court has especially broad discretion. Conway v. Fugge, 439 F.2d 1397 (9th Cir. 1971).  The Ninth Circuit has held that an action is frivolous if it lacks arguable substance in law and fact. Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984).  The court's determination of whether a complaint or claim is frivolous is based on "'an assessment of the substance of the claim presented, i.e., is there a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded.'" Franklin, 745 F.2d at 1227 (citations omitted).

        Petitioner's petition was filed with the court on May 7, 2012.  The court's own records reveal that on May 7, 2012, petitioner filed a petition containing virtually identical

////

1  allegations against the same respondents. (2:12-cv-1222 EFB P).[1] Due to the duplicative nature of
2  the present action, the court finds it frivolous and, therefore, will dismiss the petition. 28 U.S.C.
3  § 1915(d).
4        Accordingly, IT IS HEREBY ORDERED that the clerk of the court randomly assign a
5  United States District Judge to this action; and
6        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.
7  See Fed. R. Civ. P. 41(b).
8        These findings and recommendations are submitted to the District Judge assigned to
9  this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served
10 with these findings and recommendations, petitioner may file written objections with the court. The
11 document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."
12 Any response to the objections shall be filed and served within fourteen days after service of the
13 objections. Petitioner is advised that failure to file objections within the specified time may waive
14 the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
15 DATED: May 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

temp1223.123

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980). Because there was a variance in the number of pages filed (the filing in 2:12-cv-1222 contained 88 pages, and the filing in 2:12-cv-1223 contained 81 pages), a copy of the instant petition was also filed in 2:12-cv-1222 EFB P (Dkt. No. 1-1.)